IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Derrick L. Beverly, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case Number: 1:25cv402 |
| vs. | : | |
| | : | Judge Susan J. Dlott |
| Highland County (CSEA), | : | |
| | : | |
| | : | |
| Defendant. | : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have

been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

… that Beverly's Motion to Remand (Doc. 3) is **GRANTED**, Magistrate Judge Stephanie K.

Bowman's Report and Recommendation (Doc.13) is **ADOPTED**, and Beverly's Objection (Doc.

14) is **OVERRULED**.  The Court directs the Clerk of Court to **REMAND** this case to the

Common Pleas Court for Highland County, Ohio.


10/9/2025                                                          RICH NAGEL, CLERK


                                                                   S/William Miller
                                                                   Deputy Clerk